# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-349

_____

ROBERT F. POOLE,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

August 1, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert F. Poole, pro se, Appellant.

Kenneth Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.